School Directors of School District No. 103 in Mercer County, Illinois, et al., appellants, v. Board of Education of Community Consolidated School District No. 115 in Mercer County, Illinois, et al., appellees. Gen. No. 7,613.

Bill for an accounting and for distribution of property between portions of former consolidated school district. Decree for defendant. Appeal from the Circuit Court of Mercer county; the Hon. William T. Church, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded with directions. Opinion filed September 25, 1926.

Watson & Duvall, for appellants. Church & Mannon, for appellees.

Mr. Justice Jones delivered the opinion of the court.

---

C. A. Weigner, plaintiff in error, v. Twin City Company, defendant in error. Gen. No. 7,618.

Action for damages for breach of contract. Judgment for defendant. Error to the Circuit Court of Peoria county; the Hon. John M. Niehaus, Judge, presiding. Heard in this court at the April term, 1926. Affirmed. Opinion filed September 25, 1926.

Clarence W. Heyl and Harry C. Heyl, for plaintiff in error. Jay T. Hunter, Gerald H. Page and Richard J. Kavanagh, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

---

Willard Martin Jones, plaintiff in error, v. North America Benefit Corporation of Springfield, Illinois, defendant in error. Gen. No. 7,623.

Action upon policy of life insurance. Judgment for plaintiff who sues out writ of error. Error to the Circuit Court of Lee county; the Hon. Harry Edwards, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded. Opinion filed September 25, 1926. Rehearing denied January 13, 1927.

H. A. Brooks, for plaintiff in error. E. H. Brewster and W. H. Winn, for defendant in error.

Mr. Justice Jones delivered the opinion of the court.

---

Ruth E. Stattler, appellee, v. Wilbur P. Stattler, appellant. Gen. No. 7,633.

Ruth E. Stattler, defendant in error, v. Wilbur P. Stattler, plaintiff in error. Gen. No. 7,628.

Bill for divorce. Decree for complainant. Appeal from Circuit Court of Carroll county in Gen. No. 7,633; error to the Circuit Court of Carroll county in Gen. No. 7,628; the Hon. William J. Emmerson, Judge, presiding, in Gen. No. 7,633; the Hon. Harry E. Edwards, Judge, presiding, in Gen. No. 7,628. Heard in this court at the April term, 1926. Decree affirmed and order denying petition to vacate decree affirmed. Opinion filed September 25, 1926.

Sims, Welch, Godman & Stransky, for appellant and plaintiff in error; F. J. Stransky, of counsel. Chas. E. Stuart, for appellee and defendant in error.

Mr. Justice Jones delivered the opinion of the court.